**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | |
|---|---|
| ELISABETTA ROBERTS | : No. 276 EAL 2021 |
| | : |
| | : |
| | : |
| v. | : Petition for Allowance of Appeal |
| | : from the Order of the Superior Court |
| | : |
| LILY DEVELOPMENT, L.P., MANGUAL AND SONS ESCAVATIONS, LLC; LILY CONSTRUCTION | : |
| | : |
| | : |
| | : |
| | : |
| PETITION OF:  LILY CONSTRUCTION, LLC | : |

## ORDER

**PER CURIAM**

     **AND NOW**, this 7th day of December, 2021, the Petition for Allowance of Appeal is **DENIED**.  Application to Withdraw as Counsel is **GRANTED**.